No. 71, Misc. BELLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Samuel James Lee* and *Thomas G. Sharpe, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 72, Misc. BEARDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, .Beatrice Rosenberg* .and *Robert G. Maysack* for the United States.

No. 76, Misc. DIAZ-ROSENDO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 78, Misc. BUATTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert P. McNamee* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 80, Misc. GEE v. GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 7th Cir. Certiorari denied. *Harvey L. McCormick* for petitioner. *Solicitor General Marshall* for respondent.

No. 82, Misc. SISNEROS v. COX, WARDEN. Sup. Ct. N. M. Certiorari denied. Petitioner *pro se. Boston E. Witt,* Attorney General of New Mexico, and *Myles E. Flint,* Assistant Attorney General, for respondent.